# UNITED STATES
## v.
## HENRY FITCH

### 1805

### JOURNAL ENTRIES

1. Appearances; declaration filed; rule to plead . *Journal, infra, *p. 11
2. Plea filed; replication; jury ordered . . . . . . " 11
3. Jurors; verdict; judgment . . . . . . . . " 12

## PAPERS IN FILE

1. Precipe for capias . . . . . . . . . . *Printed in Vol. 2*
2. Declaration and plea . . . . . . . . . . "